### 10161. Pierce *v.* Felts, executor.

Broyles, P. J. There being in the bill of exceptions no exception to any final judgment, but only an exception to the judgment striking the defendant's pleas, the bill of exceptions must be dismissed. This is true even though the record shows that the case was finally terminated by a judgment in favor of the plaintiff. *McCranie* v. *Shipp,* 10 *Ga. App.* 544 (73 S. E. 701).

Writ of error dismissed. *Bloodworth and Stephens, JJ., concur.*
Decided April 22, 1919.

Complaint; from Warren superior court—Hawes Cloud, judge pro hac vice. October 11, 1918.

*H. W. Arant,* for plaintiff in error.

*M. L. Felts, E. T. Shurley, E. P. Davis,* contra.